METHFESSEL & WERBEL, ESQS.
3 Ethel Road, Suite 300
PO Box 3012
Edison, New Jersey 08818
(732) 248-4200
+1(732) 248-2355
mailbox@methwerb.com
Attorneys for Ramsey Board of Education
Our File No.  60911 ELH

| | |
|---|---|
| R.P., V.P. AND E.P.<br><br>      Plaintiffs,<br><br>V.<br><br>RAMSEY BOARD OF EDUCATION<br><br>      Defendants. | UNITED STATES DISTRICT COURT:<br>DISTRICT OF NEW JERSEY<br>CIVIL ACTION NO.: 2:06-CV-05788 (DMC)<br><br>**MOTION FOR LEAVE TO SUPPLEMENT<br>THE ADMINISTRATIVE RECORD** |

**PLEASE TAKE NOTICE** that the undersigned will apply to the above named

Court on March 17, 2008, or as soon thereafter as counsel may be heard, for an order

granting leave to supplement the administrative record.


                      **METHFESSEL & WERBEL, ESQS.**
                      Attorneys for Defendant


                      By:_____
                           Eric L. Harrison

DATED: January 9, 2008